# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| PAUL H. ELINE, | : No. 770 MAL 2014 |
| | : |
| Petitioner | : |
| | : Petition for Allowance of Appeal from the |
| | : Order of the Commonwealth Court |
| v. | : |
| | : |
| | : |
| | : |
| KIMBERLY BARKLEY, SECRETARY; | : |
| COMMONWEALTH OF PENNSYLVANIA, | : |
| BOARD OF PROBATION AND PAROLE, | : |
| | : |
| Respondents | : |

## ORDER

**PER CURIAM**

AND NOW, this 17th day of December, 2014, the Petition for Allowance of Appeal is **DENIED**.